UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| GENAO ANTONIO,<br><br>                        Plaintiff,<br><br>    -against-<br><br>STATE OF NEW YORK; NEW YORK COUNTY FAMILY COURT,<br><br>                        Defendants. | 21-CV-7303 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued November 5, 2021, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 5, 2021
            New York, New York

                                                            /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                        Chief United States District Judge